United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN RAZZAK,<br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>        Defendant. | Case No. 14-cv-05137-EDL<br><br>**ORDER TO SHOW CAUSE** |

On February 20, 2015, this Court issued an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss. Dkt. # 29. The Order required Plaintiff to "file an amended complaint removing all allegations and claims relating to forced floor insurance or damage stemming therefrom, and providing more specificity and clarity regarding Chase's alleged post-litigation conduct insofar as she can do so in good faith, by no later than March 4, 2015." Id. at 7. Because Plaintiff's opposition to the motion to dismiss was untimely, and Plaintiff had also failed to appear for an ADR Phone Conference, the Order cautioned Plaintiff that "failure to make Court appearances at the time and date set by the Court . . . may result in monetary or other sanctions." Id. at 8.

Despite that warning, Plaintiff has failed to timely file an Amended Complaint as required by the Court's Order. Defendant therefore filed a motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). See Dkt. # 30. Plaintiff has also failed to timely oppose this motion to dismiss.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall provide a written response to this Order to Show Cause regarding her

1  failure to timely file an amended complaint and failure to timely respond to Defendant's motion to
2  dismiss by no later than April 6, 2015.  If plaintiff fails to timely respond to this Order to Show
3  Cause, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 30, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge