United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YASMIN RAZZAK,

        Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

Case No.  14-cv-05137-EDL

**ORDER RE DEFENDANT'S MOTION TO DISMISS**

Re: Dkt. No. 40

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby vacates the hearing on Defendant's Motion to Dismiss, therefore, no appearances are required.  Defendant's Motion to Dismiss is submitted for decision and the parties will be served with the Court's order deciding the motion.

**IT IS SO ORDERED.**

Dated: June 11, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1

2

3

4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7
YASMIN RAZZAK,

Plaintiff,

Case No.  14-cv-05137-EDL

8

9
v.

**CERTIFICATE OF SERVICE**

10
JPMORGAN CHASE BANK, N.A.,

Defendant.

11

12
        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13
District Court, Northern District of California.

14

15
        That on June 11, 2015, I SERVED a true and correct copy(ies) of the attached order, by

16
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

17
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

18
receptacle located in the Clerk's office.

19

20
Yasmin  Razzak
585 Cordova Street

21
San Francisco, CA 94112

22
Dated: June 11, 2015

23

24
Richard W. Wieking
Clerk, United States District Court

25

26

27
By:_____

28
Stephen Ybarra, Deputy Clerk to the
Honorable ELIZABETH D. LAPORTE

2

United States District Court
Northern District of California